JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - REOPENING/CLOSING**

Case No. CV 22-08484-JLS (AGRx)                    Date July 18, 2023

Title: United African-Asian Abilities Club et al v. DK Lassen, L.P. et al

Present: The Honorable Josephine L. Staton

| Gabriela Garcia | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

NONE PRESENT                                    NONE PRESENT

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case should have been closed on Stipulation to Dismiss dated 3/9/2023

☐ Entered _____.

Initials of Preparer       gga